*Joseph G. M. Browne* and *Mr. Barnett E. Kopelman* for petitioner. *Mr. Archibald Palmer* for respondent.

---

No. 851. DAVID A. MANVILLE & COMPANY, INC. *v.* FRANCIS OIL & REFINING COMPANY. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph G. M. Browne* for petitioner. No appearance for respondent.

---

No. 876. M. MASSEI, JR. *v.* UNITED STATES. April 7, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert H. Talley* for petitioner. No brief filed for the United States.

---

No. 729. JOSELEY TIGER *v.* AARON DRUMRIGHT ET AL. Error to the Supreme Court of the State of Oklahoma. April 14, 1924. Petition for a writ of certiorari herein denied. *Mr. Lewis C. Lawson* for plaintiff in error, in support of the petition. No appearance for defendants in error.

---

No. 831. THOMAS JOYCE *v.* UNITED STATES. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 854. J. W. WARD FARMING COMPANY ET AL., ETC. *v.* W. E. LOWRY ET AL. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. B. Lewright* for petitioners. *Mr. A. J. Brooks* for respondents.